Case 2:10-cv-04220-GW -FFM   Document 14-1   Filed 08/10/10   Page 1 of 2   Page ID #:146

JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANTONIO GONZALEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COCA COLA ENTERPRISES, INC., a California corporation; COCA COLA BOTTLING COMPANY OF SOUTHERN CALIFORNIA, a California corporation and division of COCA COLA ENTERPRISES, INC; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: CV 10-4220-GW(FFMx)<br><br>Assigned For All Purposes To:<br>The Honorable Judge George H. Wu<br><br>[PROPOSED] ORDER DISMISSING ACTION<br><br>Action Filed: March 10, 2010 |

Premised upon Stipulation of the parties who have appeared in this lawsuit,

IT IS SO ORDERED that Plaintiff Antonio Gonzalez's complaint in its entirety be, and is hereby, dismissed with prejudice, and that each side will bear their own fees and costs.

1  **IT IS SO ORDERED.**

2

3  Dated: August 13, 2010        By: /s/ George H. Wu

4

5                                    HON. GEORGE H. WU

6                                    United States District Court Judge